FILED

2020 JAN 27  A 9: 56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: MC  DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20MJ8329 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1325(a)(1) |
| Ivan Alejandro FRIAS-Valencia, | Attempted Illegal Entry (Misdemeanor) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about January 24, 2020, within the Southern District of California, defendant, Ivan Alejandro FRIAS-Valencia, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
FEDERICO ESPINOZA
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF JANUARY, 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Ivan Alejandro FRIAS-Valencia

## PROBABLE CAUSE STATEMENT

I, Border Patrol Agent A. Valencia, declare under penalty of perjury, the following is true and correct:

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) J. Duenas, that defendant Ivan Alejandro FRIAS-Valencia (FRIAS), attempted to enter the United States and was arrested on January 24, 2020 near Calexico, California.

On January 24, 2020, BPA M. Gutierrez was assigned line watch duties in the Calexico Border Patrol Station Area of Responsibility (AOR) approximately 7 miles east of the Calexico, California West Port of Entry. During BPA Gutierrez's course of duty, Calexico Border Patrol Remote Video Surveillance Systems (RVSS) camera operators advised BPAs in the field of several subjects making entry into the U.S. near an area known to BPAs as "The 7 Check". BPA Gutierrez responded to this area and encountered an individual, identified as FRIAS, near The 7 Check and approximately .06 miles north of the U.S./Mexico International Boundary Fence (IBF). When BPA Gutierrez encountered FRIAS, he identified himself as a BPA and conducted an immigration interview on him. BPA Gutierrez determined through questioning that FRIAS was a citizen of Mexico who was illegally present in the U.S. without any travel or immigration documents that would allow him to enter, be in, pass through or remain legally. During the interview, FRIAS also admitted to

3

crossing the IBF illegally. At approximately 10:39 p.m., BPA Gutierrez placed FRIAS under arrest for illegally entering the country.

There is no evidence showing FRIAS has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

Executed on January 26, 2020 at 3:00 a.m.

Angel Valencia
Border Patrol Agent

On the basis of the facts presented in the Probable Cause Statement consisting of two pages, I find probable cause to believe that the defendant named in this Probable Cause Statement committed the offense on January 24, 2020 in violation of Title 8, United States Code 1325.

_____
Hon. Barbara L. Major
United States Magistrate Judge

6:41 AM, Jan 26, 2020
Date/Time