# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 27 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA
V.

Ivan Alejandro FRIAS-Valencia

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 20 MJ 8329- RBM

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on 1/27/2020 Defendant was present and was represented by counsel. I conclude by a preponderance of the evidence the defendant is a flight risk and order the detention of the defendant pending trial in this case.

## FINDINGS OF FACT
I find by a preponderance of the evidence that:
- [X] The defendant is not a citizen of the United States or lawfully admitted for permanent residence. The defendant, at time the of the charged offense, was in the United States illegally.
- [ ] The defendant has no significant contacts in the United States.
- [ ] The defendant is currently on probation or supervised release.
- [X] The defendant has prior criminal history: Including four prior Driving While Intoxicated convictions.
- [ ] The defendant has prior immigration history: _____
- [X] The defendant lives and/or works in Mexico.
- [ ] There is a record of prior failure to appear in court as ordered.
- [ ] The defendant attempted to evade law enforcement contact by fleeing or concealing him or herself from law enforcement.
- [X] The defendant is subject to deportation if convicted of this offense.
- [ ] The defendant lacks financial resources and assets in the United States.

The Court incorporates by reference the facts in the Statement of Facts/Probable Cause Statement, which were reviewed by the Court at the time of the hearing in this matter, except as noted in the record.

## CONCLUSIONS OF LAW
1. There is a serious risk that the defendant will flee.
2. No condition or combination of conditions will reasonably assure the appearance of the defendant as required.

## DIRECTIONS REGARDING DETENTION
The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceedings.

## APPEALS AND THIRD PARTY RELEASE
IT IS ORDERED that should an appeal of this detention order be filed with the District Court, it is counsel's responsibility to deliver a copy of the motion for review/reconsideration to Pretrial Services at least one day prior to the hearing set before the District Court.

IT IS FURTHER ORDERED that if a release to a third party is to be considered, it is counsel's responsibility to notify Pretrial Services sufficiently in advance of the hearing before the District Court to allow Pretrial Services an opportunity to interview and investigate the potential third party custodian.

Dated: 1/27/2020

Honorable Ruth Bermudez Montenegro, U. S. Magistrate Judge